## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 05-CV-1495-AP | ) |
| | ) |
| In re: | ) |
| | ) |
| PHILLIP EUGENE PHILLIPS | ) Bankruptcy Case No. 02-29116 EEB |
| SS# XXX-XX-7220 | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| TOM H. CONNOLLY, | ) On Appeal From the United States |
| Chapter 7 Trustee, | ) Bankruptcy Court for the District of |
| | ) Colorado |
| Plaintiff/Appellant, | ) |
| | ) The Honorable Elizabeth E. Brown |
| v. | ) |
| | ) Adversary No. 04-1989 EEB |
| ENGLEWOOD POST NO. 322 VETERANS | ) |
| OF FOREIGN WARS OF THE UNITED | ) |
| STATES, INC., MARGARET M. PHILLIPS, | ) |
| TROY BRACKEEN, RAMONA BRACKEEN, | ) |
| PHILSAX INCORPORATED, ACTION | ) |
| PROPERTIES, INC., and | ) |
| PHILLIP EUGENE PHILLIPS, | ) |
| | ) |
| Defendants/Appellees. | ) |

### MINUTE ORDER

Judge John L. Kane **ORDERS**

Where parties in default are known and, in one case, represented by counsel, the court is not inclined to read FRCP Rule 5 to exclude them from service. The Trustee's Motion for Authority to include Plaintiff/Appellant's Legal Brief, (doc. #6), filed August 18, 2005, is denied pending refiling in compliance with service to appellees on the Appeal Service List.

Dated: August 18, 2005