IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Civil Action No. 05-CV-1495-AP (JLK) | ) |
| | ) |
| In re: | ) |
| | ) |
| PHILLIP EUGENE PHILLIPS | ) Bankruptcy Case No. 02-29116 EEB |
| SS# XXX-XX-7220 | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| TOM H. CONNOLLY, | ) On Appeal From the United States |
| Chapter 7 Trustee, | ) Bankruptcy Court for the District of |
| | ) Colorado |
| Plaintiff/Appellant, | ) |
| | ) The Honorable Elizabeth E. Brown |
| v. | ) |
| | ) Adversary No. 04-1989 EEB |
| ENGLEWOOD POST NO. 322 VETERANS | ) |
| OF FOREIGN WARS OF THE UNITED | ) |
| STATES, INC., MARGARET M. PHILLIPS, | ) |
| TROY BRACKEEN, RAMONA BRACKEEN, | ) |
| PHILSAX INCORPORATED, ACTION | ) |
| PROPERTIES, INC., and | ) |
| PHILLIP EUGENE PHILLIPS, | ) |
| | ) |
| Defendants/Appellees. | ) |

**ORDER AUTHORIZING THAT PLAINTIFF/APPELLANT'S LEGAL BRIEF AND SUPPLEMENT TO LEGAL BRIEF BE INCLUDED IN THE RECORD ON APPEAL**

THIS MATTER, having come before the Court on the Plaintiff/Appellant's second motion for an order authorizing the Plaintiff/Appellant to include in the record on appeal the Plaintiff/Appellant's Legal Brief dated April 11, 2005 (Docket No. 16) and Supplement to Legal Brief dated April 25, 2005 (Docket No. 17); the Court having reviewed the

Plaintiff/Appellant's second motion and its file with respect to this matter; and deeming itself advised in the premises;

HEREBY FINDS that cause exists for granting the Plaintiff/Appellant's second motion and the Plaintiff/Appellant should be entitled to include in the record on appeal his Legal Brief and Supplement to Legal Brief.

THEREFORE, THE COURT ORDERS:

1. The Plaintiff/Appellant's second motion is granted.

2. The Plaintiff/Appellant is hereby authorized to include his Legal Brief and Supplement to Legal Brief in the record on appeal.

DATED: September 1, 2005

                                        BY THE COURT:

                                        **S/John L. Kane**
                                        U.S. District Court Judge