IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 05-CV-1495-AP | ) |
| | ) |
| In re: | ) |
| | ) |
| PHILLIP EUGENE PHILLIPS | ) Bankruptcy Case No. 02-29116 EEB |
| SS# XXX-XX-7220 | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| TOM H. CONNOLLY, | ) On Appeal From the United States |
| Chapter 7 Trustee, | ) Bankruptcy Court for the District of |
| | ) Colorado |
| Plaintiff/Appellant, | ) |
| | ) The Honorable Elizabeth E. Brown |
| v. | ) |
| | ) Adversary No. 04-1989 EEB |
| ENGLEWOOD POST NO. 322 VETERANS | ) |
| OF FOREIGN WARS OF THE UNITED | ) |
| STATES, INC., MARGARET M. PHILLIPS, | ) |
| TROY BRACKEEN, RAMONA BRACKEEN, | ) |
| PHILSAX INCORPORATED, ACTION | ) |
| PROPERTIES, INC., and | ) |
| PHILLIP EUGENE PHILLIPS, | ) |
| | ) |
| Defendants/Appellees. | ) |

**MINUTE ORDER**

Judge John L. Kane **ORDERS**

The Motion to Certify Question of State Law to the Colorado Supreme Court (doc. #13), filed September 23, 2005, is denied for failure to comply with D.C.COLO.LCivR 7.1A.

Dated: September 28, 2005