| | |
|---|---|
| SUPREME COURT, STATE OF COLORADO<br>Two East 14th Avenue<br>Denver, Colorado 80203<br><br>CERTIFICATION OF QUESTION OF LAW<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, 05CV1495-AP (JLK)<br>BANKRUPTCY CASE NO. 02-29116 EEB, Chapter 7 | Case No.05SA316<br><br>**FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>NOV 10 2005<br><br>GREGORY C. LANGHAM<br>CLERK |

In re:

**Debtor:**

PHILLIP EUGENE PHILLIPS

---

**Plaintiff-Appellant:**

TOM H. CONNOLLY, Chapter 7 Trustee,

v.

**Defendents-Appellees:**

ENGLEWOOD POST NO. 322 VETERANS OF FOREIGN WARS OF THE UNITED STATES, INC., MARGARET M. PHILLIPS, TROY BRACKEEN, RAMONA BRACKEEN, PHILSAX INCORPORATED, ACTION PROPERTIES, INC., and PHILLIP EUGENE PHILLIPS.

---

### ORDER OF COURT

Upon consideration of the Order Certifying Question of State Law to the Colorado Supreme Court received from the United States District Court for the District of Colorado Pursuant to C.A.R. 21.1, and being advised in the premises,

The Supreme Court of Colorado accepts the following question as framed by the United States District Court for the District of Colorado:

> Under Colorado law and with respect to the alter ego doctrine, may a creditor of a shareholder of a closely held corporation and/or another shareholder of the closely held corporation "reverse pierce" the corporate veil of the closely held corporation to fasten liability on and thereby eventually reach the assets of the corporation owned by the shareholder? Such question is asked under circumstances where the creditor of a shareholder or another shareholder of the closely held corporation is seeking to avoid fraudulent conveyances of
>
> property of the closely held corporation where it is determined to be the alter ego of the shareholder; where there are no innocent third party creditors of the closely held corporation (other than the creditor seeking to pierce the corporate veil); there are no other non-culpable shareholders of the corporation; the shareholder is the party against which the doctrine is being invoked; and, such shareholder is the actor in a course of conduct constituting an abuse of the corporate privilege.

THEREFORE, IT IS ORDERED that Pursuant to C.A.R. 21(f) Appellant's Opening Brief is due within 30 Days from the date of receipt of this order. The Appellee shall file an Answer Brief within 30 Days from Service of the Opening Brief. A Reply Brief may be filed within 20 Days of Service of the Answer Brief.

IT IS FURTHER ORDERED that Pursuant to C.A.R. 21.1(d) the Appellant is directed to file 8 copies of the final order issued by the Bankruptcy Court and 8 copies of Judge Kane's Order Certifying the Question of State Law.

IT IS FURTHER ORDERED that pursuant to C.A.R. 21.1 each party shall pay a docket fee in the amount of $112.50.

BY THE COURT, EN BANC, NOVEMBER 4, 2005.



Copies mailed via the State's Mail Services Division on 11-7-05   NMT

| | |
|---|---|
| Honorable John L. Kane<br>U.S. District Court Judge<br>901 19th St., Rm. A105<br>Denver, CO 80294 | Gregory C. Langham<br>U.S. District Court for the District of Colorado<br>901 19th St., Rm. A105<br>Denver, CO 80294 |
| Clerk of the Court<br>United States Bankruptcy Court<br>721 19th St.<br>US Custom House<br>Denver, CO 80202 | Honorable Elizabeth E. Brown<br>United States Bankruptcy Court<br>721 19th St.<br>US Custom House<br>Denver, CO 80202 |
| Action Properties, Inc.<br>3946 S. Broadway<br>Englewood, CO 80113 | Romana Brackeen<br>407 S. Roselawn Ave.<br>Artesia, NM 88210 |
| Troy Brackeen<br>407 S. Roselawn Ave.<br>Artesia, NM 88210 | John Arthur Cimino<br>John A. Cimino, P.C.<br>925 E. 17th Ave.<br>Denver, CO 80218 |
| Philsax Incorporated<br>3946 S. Broadway<br>Englewood, CO 80113 | Jeffrey A. Weinman<br>Weinman & Associates, PC<br>730 17th St., #240<br>Denver, CO 80202 |
| Paul Quinn<br>Office of the U.S. Trustee<br>999 18th St., Suite 1551<br>Denver, CO 80202 | William A. Richey<br>Weinman & Associates, P.C.<br>730 17th St., Suite 240<br>Denver, CO 80202 |
| Christine Eckhardt<br>U.S. Bankruptcy Court for the District of Colorado<br>US Custom House<br>721 19th St.<br>Denver, CO 80202 | Pam Smith<br>U.S. Bankruptcy Court for the District of Colorado<br>US Custom House<br>721 19th St.<br>Denver, CO 80202 |
| Englewood Post No. 322 Veterans of Foreign Wars of the United States, Inc.<br>3946 S. Broadway<br>Englewood, CO 80113 | Charlie F. McVay<br>United States Trustee<br>999 18th St., Suite 1551<br>Denver, CO 80202 |