| | |
|---|---|
| SUPREME COURT, STATE OF COLORADO<br>Two East 14th Avenue<br>Denver, Colorado 80203<br><br>CERTIFICATION OF QUESTION OF LAW<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, 05CV1495-AP (JLK)<br>BANKRUPTCY CASE NO. 02-29116 EEB, Chapter 7 | Case No. 05SA316<br><br>FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>JAN 23 2006<br><br>GREGORY C. LANGHAM<br>CLERK |

**In re:**

**Debtor:**

PHILLIP EUGENE PHILLIPS

---

**Plaintiff-Appellant:**

TOM H. CONNOLLY, Chapter 7 Trustee,

v.

**Defendents-Appellees:**

ENGLEWOOD POST NO. 322 VETERANS OF FOREIGN WARS OF THE UNITED STATES, INC., MARGARET M. PHILLIPS, TROY BRACKEEN, RAMONA BRACKEEN, PHILSAX INCORPORATED, ACTION PROPERTIES, INC., and PHILLIP EUGENE PHILLIPS.

### ORDER OF COURT

Upon consideration of the Motion to Strike Response Brief of Defendant-Appellee Philip Eugene Phillips and Reply to Motion to Strike Response Brief of Defendant-Appellee Phillip Eugene Phillips filed in the above cause, and now being sufficiently advised in the premises,

IT IS ORDERED that said Motion to Strike shall be, and the same hereby is, DENIED.

BY THE COURT, JANUARY 19, 2006.



Copies mailed via the State's Mail Services Division on /·20·06 / EAC

Honorable John L. Kane
U.S. District Court Judge
901 19th St., Rm. A105
Denver, CO 80294

Gregory C. Langham
U.S. District Court for the District of Colorado
901 19th St., Rm. A105
Denver, CO 80294

Clerk of the Court
United States Bankruptcy Court
721 19th St.
US Custom House
Denver, CO 80202

Honorable Elizabeth E. Brown
United States Bankruptcy Court
721 19th St.
US Custom House
Denver, CO 80202

Action Properties, Inc.
3946 S. Broadway
Englewood, CO 80113

Romana Brackeen
1014 W. Quay Ave.
Artesia, NM 88210

Troy Brackeen
1014 W. Quay Ave.
Artesia, NM 88210

John Arthur Cimino
John A. Cimino, P.C.
925 E. 17th Ave.
Denver, CO 80218

Philsax Incorporated
3946 S. Broadway
Englewood, CO 80113

Jeffrey A. Weinman
Weinman & Associates, PC
730 17th St., #240
Denver, CO 80202

Paul Quinn
Office of the U.S. Trustee
999 18th St., Suite 1551
Denver, CO 80202

William A. Richey
Weinman & Associates, P.C.
730 17th St., Suite 240
Denver, CO 80202

Christine Eckhardt
U.S. Bankruptcy Court for the District of Colorado
US Custom House
721 19th St.
Denver, CO 80202

Pam Smith
U.S. Bankruptcy Court for the District of Colorado
US Custom House
721 19th St.
Denver, CO 80202

Englewood Post No. 322 Veterans of Foreign Wars of the United States, Inc.
3946 S. Broadway
Englewood, CO 80113

Charlie F. McVay
United States Trustee
999 18th St., Suite 1551
Denver, CO 80202