| | |
|---|---|
| SUPREME COURT, STATE OF COLORADO<br>Two East 14th Avenue<br>Denver, Colorado 80203<br><br>CERTIFICATION OF QUESTION OF LAW<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, 05CV1495-AP (JLK)<br>BANKRUPTCY CASE NO. 02-29116 EEB, Chapter 7 | Case No. 05SA316<br><br>**FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAR 1 [  ]<br><br>GREGORY C. LANGHAM<br>CLERK |

In re:

**Debtor:**

PHILLIP EUGENE PHILLIPS

---

**Plaintiff-Appellant:**

TOM H. CONNOLLY, Chapter 7 Trustee,

v.

**Defendents-Appellees:**

ENGLEWOOD POST NO. 322 VETERANS OF FOREIGN WARS OF THE UNITED STATES, INC., MARGARET M. PHILLIPS, TROY BRACKEEN, RAMONA BRACKEEN, PHILSAX INCORPORATED, ACTION PROPERTIES, INC., and PHILLIP EUGENE PHILLIPS.

### ORDER OF COURT

Oral argument in the above captioned matter has been ordered, and the case has been set for such argument on Thursday, May 4, 2006 at 10:30 a.m., in the Supreme Court Courtroom. Oral argument shall be limited to 30 minutes to a side. Counsel must check in at least 15 minutes prior to oral argument.

If counsel other than counsel who have filed written briefs are to argue this case, please file an entry of appearance at least

ten days prior to the time set for argument. Amicus Curiae may not participate in oral argument without permission of the Court.

No request for continuance will be considered unless received on or before seven days from the date of this order, except in the case of illness or similar emergency.

Any supplemental authorities must be filed at least ten days prior to the date of argument.

BY THE COURT, MARCH 10, 2006.

Copies mailed via the State's Mail Services Division on 2-10-06 NMT

| | |
|---|---|
| Honorable John L. Kane<br>U.S. District Court Judge<br>901 19th St., Rm. A105<br>Denver, CO 80294 | Gregory C. Langham<br>U.S. District Court for the District of Colorado<br>901 19th St., Rm. A105<br>Denver, CO 80294 |
| Clerk of the Court<br>United States Bankruptcy Court<br>721 19th St.<br>US Custom House<br>Denver, CO 80202 | Honorable Elizabeth E. Brown<br>United States Bankruptcy Court<br>721 19th St.<br>US Custom House<br>Denver, CO 80202 |
| John Arthur Cimino<br>John A. Cimino, P.C.<br>925 E. 17th Ave.<br>Denver, CO 80218 | Jeffrey A. Weinman<br>William A. Richey<br>Weinman & Associates, PC<br>730 17th St., #240<br>Denver, CO 80202 |
| Paul Quinn<br>Office of the U.S. Trustee<br>999 18th St., Suite 1551<br>Denver, CO 80202 | Charlie F. McVay<br>United States Trustee<br>999 18th St., Suite 1551<br>Denver, CO 80202 |
| Christine Eckhardt<br>U.S. Bankruptcy Court for the District of Colorado<br>US Custom House<br>721 19th St.<br>Denver, CO 80202 | Pam Smith<br>U.S. Bankruptcy Court for the District of Colorado<br>US Custom House<br>721 19th St.<br>Denver, CO 80202 |

# Notice

TO: Counsel of Record

FROM: Colorado Supreme Court

RE: Oral Arguments

Your oral argument will be recorded and made available on the court's web page. Therefore, if your case involves a party or person whose name is not to be made public, e.g., a minor or victim of a sexual assault, please take care during your argument to avoid reference to that person by his or her proper name. Please use initials or descriptive words (e.g. juvenile or victim) when referring to the individual.

Oral arguments can be located on the court's website at http://www.courts.state.co.us/supct/supctoralagruindex.htm. The recordings are made directly through the court's sound system. Please note that the microphones may pick up auxiliary conversations if you are speaking near the podium microphone.