IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-1495-AP**

In re:

PHILLIP EUGENE PHILLIPS
SS# XXX-XX-7220
Debtor.

TOM H. CONNOLLY, Chapter 7 Trustee,

    Plaintiff/Appellant,

v.

ENGLEWOOD POST NO. 322 VETERANS OF FOREIGN WARS OF THE UNITED
STATES, INC.,
MARGARET M. PHILLIPS,
TROY BRACKEEN,
RAMONA BRACKEEN,
PHILSAX INCORPORATED,
ACTION PROPERTIES, INC., and
PHILLIP EUGENE PHILLIPS,

    Defendants/Appellees.

---

## ORDER OF REMAND

---

Kane, J.

    This case is remanded to the United States Bankruptcy for further review consistent with the Colorado Supreme Court's Order dated June 27, 2006, answering the certified question of whether Colorado would recognize cause of action for outside reverse piercing in the affirmative .

    Dated this 18th day of July,2006.

                                BY THE COURT:

                                S/**John L. Kane**
                                Senior Judge, United States District Court